# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
**No. 21-336V**

| | | |
|---|---|---|
| YACOUB INNABI, | * | |
| Petitioner, | * | Chief Special Master Corcoran |
| v. | * | Filed: November 3, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

*Courtney C. Jorgenson*, Siri & Glimstad, LLP, Phoenix, AZ, for Petitioner.

*Irene A. Firippis*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION GRANTING FINAL AWARD OF ATTORNEY'S FEES AND COSTS[1]

On January 8, 2021, Yacoub Innabi filed a petition for compensation under the National Vaccine Injury Compensation Program.[2] Petition (ECF No. 1). Petitioner alleged that he suffered a Shoulder Injury Related to Vaccine Administration following the administration of a varicella vaccine on July 27, 2020. *Id.* at Preamble. A decision awarding Petitioner damages was entered on June 24, 2026. Decision (ECF No. 77).

Petitioner has now filed a motion for a final award of attorney's fees and costs, requesting a total of $24,008.61 ($23,885.00 in fees and $123.61 in costs). Petitioner's Application for Fees and Costs ("Fees App.") (ECF No. 81). Petitioner also certifies that he has not incurred any costs

---

[1] Pursuant to the E-Government Act of 2002, see 44 U.S.C. § 3501 note (2012), **because this opinion contains a reasoned explanation for the action in this case, I intend to post it on the website of the United States Court of Federal Claims.** The Court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. Before the opinion is posted on the Court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). An objecting party must provide the Court with a proposed redacted version of the opinion. *Id.* **If neither party files a motion for redaction within 14 days, the opinion will be posted on the Court's website without any changes.** *Id.*

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

related to his claim. Fees App. Exhibit ("Ex.") 25. Respondent has reacted to Petitioner's motion, stating that he is satisfied the statutory requirements for a fees award are met in this matter, and requesting that I exercise my discretion in determining a reasonable award. Response (ECF No. 85). Petitioner did not file a reply.

Because Petitioner succeeded in this matter, he is entitled to a reasonable award of attorneys' fees and costs. I have reviewed the billing records submitted with Petitioner's request. The hourly rates Petitioner is requesting for his attorneys (Ms. Courtney Jorgenson, Ms. Alison Haskins, and Mr. Christopher Williams at Siri & Glimstad) for 2025-26 (Fees App., Ex. 23) have previously been awarded in other matters, and shall be utilized herein. *See e.g. Goff v. Sec'y of Health & Hum. Servs.,* No. 17-259V, 2026 WL 2243054, at *3 (Fed. Cl. Spec. Mstr. June 22, 2026); *Brewer v. Sec'y of Health & Hum. Servs.,* No. 21-664, 2026 WL 3084397, at *1-2 (Fed. Cl. Spec. Mstr. Sept. 10, 2026) (awarding Ms. Jorgenson an hourly rate of $475.00 for work performed in 2026). I have also reviewed the billing records, and the hours expended in pursuit of the claim appear to be reasonable. Further, Petitioner has submitted supporting documentation for all claimed costs. *See generally* Ex. 24. And Respondent offered no specific objection to the rates or amounts sought. I will therefore award the requested fees in total (as well as the comparatively-miniscule amount of costs incurred).

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby **GRANT** Petitioner's Fees Motion. **Petitioner is awarded the total amount of $24,008.61 (representing $23,885.00 in fees, plus $123.61 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with the terms of this Decision.[3]

**IT IS SO ORDERED.**

**/s/ Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment if (jointly or separately) they file notices renouncing their right to seek review.